### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### <u>NOTICE</u>

**VERONICA SANDERS**                                                                                                   **PLAINTIFF**

**VS.**                                                      **CIVIL ACTION NO.: 3:22-cv-120-MPM-JMV**

**VOLVO GROUP NORTH AMERICA, LLC**                                               **DEFENDANT**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time, and place set forth below:

| *Place* | *Room No.* |
|---|---|
| **U.S. FEDERAL BUILDING**<br>**305 Main Street**<br>**Greenville, MS   38701** | Room 364 |
|  | *Date and Time* |
|  | **APRIL 17, 2023**<br>**10:30 A.M.** |

*Type of Proceeding*

### SETTLEMENT CONFERENCE
### BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN

**COUNSEL, PLAINTIFF(S), DEFENDANT(S), AND REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND UNLESS EXCUSED BY THE COURT.**

**Please note: On most occasions Judge Virden does not recess the conference for a lunch break.   However, in the event anyone requires lunch, please simply let us know and that request will be accommodated with a break.   Also, you are welcome to bring a snack such as protein bars or nuts, etc.**

                                                                  **DAVID CREWS, Clerk of Court**

                                                        By:   /s/ *Itonia R. Williams*
                                                                   Courtroom Deputy Clerk

Date:   March 29, 2023

**If you have any question, contact Itonia R. Williams at 662-335-9214 or**
**via email at:   itonia_williams@msnd.uscourts.gov**